**Order filed July 10, 2018.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-18-00126-CV**

———————

**JENNIFER BRADEN, Appellant**

**V.**

**HUSSAIN A. RAHIM, Appellee**

**On Appeal from the 328th District Court
Fort Bend County, Texas
Trial Court Cause No. 14-DCV-216657**

## O R D E R

Appellant's brief was due June 19, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **July 25, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM